NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

———————————

**UPSTREAM HOLDINGS, LLC,**
*Plaintiff/Counterclaim Defendant-Appellant*

**MIDWAY METALS LLC, CONTRACTOR METALS, LLC, ERIC BACHMAN, ANDREW BACHMAN, ADELLA BACHMAN, JAMES BACHMAN,**
*Counterclaim Defendants-Appellants*

**v.**

**STEVEN C. BREKUNITCH, ERIC J. MORTENSON, BREK LEASING, LLC, CARLOS LOPEZ, CHARLES GARCIA,**
*Defendants/Counter-Claimants-Appellees*

**M AND M MACHINERY, MARTIN LOPEZ, SR.,**
*Defendants-Appellees*

**DOES, 1-7,**
*Defendant*

———————————

2024-1924, 2024-2143

———————————

Appeals from the United States District Court for the Central District of California in No. 2:22-cv-03513-MCS-RAO, Judge Mark C. Scarsi.

———————————

# JUDGMENT

---

JAMES EDWARD BACHMAN, Omaha, NE, argued for plaintiff/counterclaim defendant-appellant and counterclaim defendants-appellants.

STEPHEN VEGH, Vegh IP Legal, Manhattan Beach, CA, argued for defendants-appellees and defendants/counterclaimants-appellees.

---

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

PER CURIAM (MOORE, *Chief Judge*, LOURIE and REYNA, *Circuit Judges*).

## AFFIRMED.  *See* **Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT

April 14, 2026
Date

Jarrett B. Perlow
Clerk of Court